UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIPANJEET SINGH SHERGILL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 2:26-cv-1652 |

**ORDER**

Defendant's unopposed request is GRANTED. Defendant shall respond to the complaint in this case on or before August 26, 2026.

**IT IS SO ORDERED**.

DATED this 30th day of July, 2026.

Jamal N. Whitehead
United States District Judge