UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIPANJEET SINGH SHERGILL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 2:26-cv-1652-JNW<br><br>**UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Noted for Consideration:<br>August 25, 2026 |

**~~[PROPOSED]~~ ORDER**

Defendant's unopposed request is GRANTED. Defendant shall respond to the complaint in this case on or before September 9, 2026. Plaintiffs shall respond to any motion to dismiss the complaint no later than October 23, 2026, and Defendant shall file any reply in support of such a motion to dismiss no later than November 13, 2026.

**IT IS SO ORDERED**.

DATED this 26th day of August, 2026.

Jamal N. Whitehead
United States District Judge