**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| Ripanjeet Singh Shergill, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Citizenship and Immigration Services,<br><br>Defendant. | Case No.: 2:26-cv-01652-JNW<br><br>**PLAINTIFFS' UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Noted for Consideration:<br>October 20, 2026 |

Plaintiffs filed their mandamus complaint on May 14, 2026 and served Defendant on May 26, 2026. ECF No. 1 and 6. At this time, per ECF No. 12, the Parties' briefing deadlines are as follows:

| **EVENT** | **CURRENT DATE** |
|---|---|
| Plaintiffs' Response to Defendant's Motion to Dismiss | 10/23/2026 |
| Defendant's Reply in Support of Motion to Dismiss | 11/13/2026 |

Plaintiffs file this Motion asking the Honorable Court to extend the deadline for the filing of Plaintiffs' Response and Defendant's Reply. A brief extension will allow the parties adequate time to confer and determine how to litigate this case most efficiently, as well as additional time to file responsive briefings.

Plaintiffs respectfully request this Court to extend the deadlines as follows:

| **EVENT** | **PROPOSED NEW DATE** |
|---|---|
| Plaintiffs' Response to Defendant's Motion to Dismiss | 11/13/2026 |
| Defendant's Reply in Support of Motion to Dismiss | 12/18/2026 |

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). For the reasons set forth above, the parties believe that there is good cause to modify the current deadline and respectfully request that the Court grant their motion.

On October 20, 2026, Counsel for Plaintiffs contacted Counsel for Defendant, and Defendant does not oppose this relief. A proposed order is attached.

DATED: October 20, 2026

Respectfully submitted,

*/s/ Matthew T. Galati, Esq.*
MATTHEW T. GALATI
PA Bar No.: 312013
The Galati Law Firm, LLC
8080 Old York Road
Suite 204
Elkins Park, PA 19027
Phone: (215) 309-1728
Email: matt@galati.law
*Admitted Pro Hac Vice*

*/s/ Jonathan D. Wasden*
JONATHAN D. WASDEN

ID Bar No. 7673
Wasden Law
2593 W Torana Dr
Meridian, ID 83646
Phone: (843) 872-4978
Email: jon@wasden.law
*Admitted Pro Hac Vice*

*/s/ Adam W. Boyd*
ADAM W. BOYD
WA Bar No. 49849
Gibbs Houston Pauw
1000 Second Ave. Suite 1600
Seattle, WA 98104
Phone: (206) 708-8744
Email: Adam.Boyd@ghp-law.net
*Local Counsel*

*Attorneys for Plaintiffs*

**ORDER**

Upon consideration, Plaintiffs' Motion is GRANTED. The deadlines for this action are as follows:

| | |
|---|---|
| Plaintiffs' Response to Defendant's Motion to Dismiss | 11/13/2026 |
| Defendant's Reply in Support of Motion to Dismiss | 12/18/2026 |

**IT IS SO ORDERED.**

DATED this 21st day of October, 2026.

Jamal N. Whitehead
United States District Judge