UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIPANJEET SINGH SHERGILL, et al.,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

Case No. 2:26-cv-1652-JNW

**ORDER**

The parties' joint motion to stay discovery deadlines is hereby **GRANTED**. All discovery deadlines in this matter are **STAYED** pending the resolution of Defendant's motion to dismiss the complaint.

**IT IS SO ORDERED**.

DATED this 27th day of October, 2026.

Jamal N. Whitehead
United States District Judge